UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ORENTHAL MAURICE THURMAN,
Plaintiff,

v.                                              Case No: 6:16-cv-2161-Orl-18KRS

COMMISSIONER OF SOCIAL
SECURITY,
Defendant.

## ORDER

This cause came on for consideration on Plaintiff Orenthal Maurice Thurman's Uncontested Motion to Dismiss (Doc. 18), which the Court referred to United States Magistrate Judge Karla R. Spaulding for a Report and Recommendation. On July 21, 2017, the Magistrate Judge entered a Report and Recommendation (Doc. 19). Having reviewed the Report and Recommendation (Doc. 19), it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 19) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Orenthal Maurice Thurman's Uncontested Motion to Dismiss (Doc. 18) is **GRANTED** in that the Complaint (Doc. 1) is **DISMISSED without prejudice.**

3. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Orlando, Florida, this 26 day of July, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record